Leonard Tobia, PhD.  Pro Se
**P.O. Box # 2467**
**West Sacramento, Ca. 95691.**
**Ph;(916) 533-4979**
**E-mail address;Leonard Tobia1@gmail.com**

# FILED

MAY 1 9 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## THE UNITES STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## LIMITED JURISDICTION

| | |
|---|---|
| Leonard Tobia, | CASE NO.   **2:16 - CV   1 0 7 3 MCE KJN PS** |
| **PLAINTIFF,** | **COMPLAINT FOR DAMAGES;** |
| | **INJUNCTIVE RELIEF;** For violations |
| **V.** | of; American's With Disabilities; |
| **DEFENDANTS,** | Unruh Civil Rights Act; |
| **Burlington Coat Factory Realty Florin Inc,** | California Disabled Persons Act; |
| **A California Corporation;** | Negligence; |
| **Burlington Coat Factory of California LLC,** | |
| **A California Limited Liability Company;** | **DEMAND FOR JURY** |
| **Thomas Kingsbury;And DOES 1-10** | |

    Plaintiff **Leonard Tobia, complains of Defendants Burlington Coat Factory,**
a **California Corporation; Burlington Coat Factory of California LLC, a**
**California Limited Liability Company; Thomas Kingsbury; and DOES 1-10,**
**("Defendants" and alleges as follows;**

    **PARTIES:**

Plaintiff is a California resident with physical disabilities with
Substantial Limitations on Life Major Activities as defined in **The U.S. Department**
of Justice ADA/Title III Regulation; Civil Rights Division/Disability Rights Section. Section. Sec.
36.104.Definition, and 36.311 Mobility Devices. He has limited range of motion, and a medical
record and history of Myofascial Pain Syndrome. Plaintiff has a Mobility and
Visual Impairments, he uses a Walking Cane as an Mobility-Aid. Attached
hereto; Exhibit: A Copy of plaintiff 2017 California Disable Parking Placard.

**COMPLAINT-1.)**

2.    Defendants are, or were at the time of the incident, the owners and operators, lessors and /or lessees of the Burlington Coat Factory located at 5601 # 101 located on or about 5601 # 101 Florin Rd, Sacramento, Ca. 95823 in California. Attached hereto; Exhibit; B Copy of ownership of property.

3.    Plaintiff does not know the true names of Defendants, their business capacities, their ownership connection to the property and business, or their relative responsibilities in causing the access violation herein complained of, and alleges a joint venture and common enterprise by all such Defendants. Plaintiff is informed and believes that each of the Defendants herein, including Does 1 through 10, inclusive, is responsible in some capacity for the events herein alleged, or is a necessary party for obtaining appropriate relief. Plaintiff will seek leave to amend when the true names, capacities, connections, and responsibilities of the Defendants and Does 1 through 10. Inclusive, are ascertained.

**JURISDICTION & VENUE:**

4.    This Court has subject matter jurisdiction over this action pursuant to **28 U.S.C. § 1331 and § 1343 (a) (3) & (a) (4)** for violations of the Americans with Disabilities Act of 1990, 42 U.S.C.§ 12101, et seq.

5.    Pursuant to pendant jurisdiction, an attendant and related cause of action, arising from the same nucleus of operative facts and arising out the same transactions, is also brought under California's Unruh Civil Rights Act, and the California Disabled Persons Act, which acts expressly incorporate the Americans with Disabilities Act.

6.    Venue is proper in this court pursuant to 28 U.S.C.§ 1391(b) and is founded on the fact that the real property which is the subject of this action is located in this district and that Plaintiff's cause of action arose in this district.

**COMPLAINT-2.)**

**FACTUAL ALLEGATIONS:**

7.    The Burlington Coat Factory is a business establishment and place of public accommodations. Burlington Coat Factory are not accessible to Persons with disabilities utilizing Mobility Aids and Devices such as Walking Canes, Crutches, Wheel Chairs, Walkers and Electric Scooters but not limited to other devices, and others similar to, due to the lack of accessible features of the facility in the Restrooms, Sidewalks and Parking lot. The Burlington Coat Factory location at Florin Rd, Sacramento, Ca. is not compliant for the following reasons;1.) The Men's Restroom has a Door Closer that requires about 12.lbs pounds of pressure to open the door, it is difficult for the plaintiff to operate own his own, the Door Opening Force exceeds 5.lbs of pressure required by law. 2.)There is no 10"inch Kick Plate at the bottom of the door. Attached hereto; Exhibit C. 3.)The Mirror is mounted on the wall so that its bottom edge is 42"inches above the floor and is not effectively used by Wheelchairs. 3.) The plumbing and pipes under the sink in the Men's Restroom are not wrapped to protect against burning contact. 4.) The Operating Control Mechanism requires tight grasping and twisting of the wrist to operate. Attached hereto; Exhibit;D. 5.) The Disable Stall Toilet Paper Dispenser is located in the wrong place. Attached hereto;Exhibit;E. 6.)The door latch on the Disable Stall in the Men's restroom requires tight pinching, tight grasping and twisting of the wrist and the lock mechanism is broken

8. The Ground Surface parking lot exceeds 2% in all directions 6.) The IDS logo  in the Disable Parking Stall and Aisle is stripping is faded, the tire stop is not painted Disable Blue. 7.) There is no Van Acces and $250.00 fine signage 8.) The Hazardous Vehicle Crossing lines are faded and the Curb Ramp has no Detectable Warning,(Truncated Doom.)Attached hereto; Exhibit;F and G.                         **COMPLAINT-3.)**

1    9. The U.S. Department of Justice. ADA/Title III. Regulations. Civil
2    Rights Division./Disability Rights Section 36.211 (a) Maintenance Of
3    Accessible Features; A public accommodation shall maintain in operable
4    working condition those features of facility and equipment that are required
5    to be "Readily Accessible" to and usable by persons with disabilities and
6    with the Act or this part.

7    10. For "Public Safety & Health Concerns, and "Civility," the plaintiff
8    contacted the defendants and provided them with an Ada Legal Courtesy Notice.
9    Furthermore, actively engage in Alternative Means of Resolution with several
10   Negotiation Conferences to Achieve a Resolution and Settlement of the Legal
11   Matter as the DOJ encourages to avoid Litigation to no avail. Attached
12   hereto; Exhibit;H.

13   11. Plaintiff has patronized the public accommodation numerous times of
14   over the years seeking "goods and services" including 2015 and 2016 and have
15   receipts of purchase.

16   12.  In encountering and dealing with the lack of accessible features
17   of the facility, discriminatory practices, and violation of Civil Rights, the
18   plaintiff experienced difficulty and discomfort.  These violations denied the
19   plaintiff Full and Equal Enjoyment of Services, Facilities, Privileges,
20   Advantages and Accommodations offered by the defendants.

21   13.  Additionally, on information and believe, the plaintiff alleges
22   **that failure to remove the "Readily Achievable Architectural Barriers" was**
23   **intentional** because;1.) These particular barriers are intuitive and
24   obvious;2.) The defendants exercised control and dominion over the agregious
25   conditions at this location and, therefore, the lack of accessible and Ada
26   Non-Compliance of the facility is not an "accident" because had the
27   defendants intended any other configuration, they had actual knowledge, means
28   and ability to make the change.  **COMPLAINT-4.)**

**I.    FIRST CAUSE OF ACTION: VIOLATION OF THE AMERICANS WITH DISABILITES ACT OF 1990.** (On behalf of plaintiff and against all defendants (42 U.S.C. section 12101,et seq.)

14.    Plaintiff repleads and incorporates by reference, as if fully set forth again herein, the allegations contained in all prior paragraphs of this complaint.

15.    Under the ADA, 42 U.S.C. § 12182 (a); 28 C.F.R. 36.201 (a) Clear states that no individual shall be discriminated against on the basis of disability in full and equal enjoyment of the goods, services, facilities, priviledges, advantages or accommodations of any place of public accommodations by any person who owns leases (or lease to) or operates a place of public accommodation.  Discrimination is defined, inter alia as follows; a.) A failure to make reasonable modifications in policies, practices, or procedures, when such modifications are necessary to afford goods, services, facilities, privileges, advantages, or accommodations to individuals with disabilities, unless the construction alteration would be financially burdensome or would work a fundamental alteration of those services and facilities. 42 U.S.C. § 12182(b)(2)(A)(ii). Barriers are defined by reference to the ADAAG, found at 28 C.F.R., Part 36, Appendix "D." b.) A failure to make alterations in such a manner that, to the maximum extent feasible, the altered portions of the facility are readily accessible to and usable by individuals with disabilities, including individuals who use Mobility Aids and Devices or to ensure that, to the maximum extent feasible, the path of travel to the altered are and the bathrooms, telephones, and drinking fountains serving the altered are, are readily accessible to and usable by individuals with disabilities. 42 U.S.C.§ 12183(a)(2).

**COMPLAINT-5.)**

16.   The maximum force for pushing or pulling open a restroom door must not exceed 5.lbs. of pressure.   ADAAG;§ 4.13.11.,4.13.10*. Here the Men's restroom has a door closer the requires more than twice that much to operate and there is no CBC;§ 1133B.2.5 Kick Plate 10" inch at the bottom of the door, this is also a violations of the ADA.

17.   Mirrors shall be mounted with the bottom of the reflecting surface no higher than 40" inches above the finished floor. ADAAG;§ 4.19.6. Here, the mirror was mounted higher than the maximum permitted by law, and disable business patron with wheel chairs cannot use it sufficiently.    That is a violation of the ADA.   Hot water and drain pipes exposed under sinks must be insulated or otherwise configured so as to protect against contact. ADAAG; § 4.24.6. Here, the failure to do so is a violation of the ADA.    In addition to that, the Faucet Operating Control Mechanism must not require tight grasping, tight pinching and twisting of the wrist. Here, failure to provide an Ada-Compliant faucet handle is also a violation of the ADA.

18.   Any business that provides parking spaces must provide handicap parking spaces.    ADAAG;§ 4.1.2(5). One in every eight of those handicap parking spaces but not less than one must be "Van Accessible" and $ 250.00 fine mounted below, ie., having a eight foot access aisle. ADAAG; § 4.1.5(5)(b). Moreover, to qualify as a reserved handicap parking space, the space must be properly marked and designated.   Under the ADA, the method and color of markings are to be addressed by State or local laws or regulations. See 36 C.F.R., Part 1191,§ 502.3.3  Under the California Building Code, there must be surface identification on the parking stall with a profile view of a wheel chair occupant that is 36 inches. CBC; § 1129B.4. The access aisle must have a Blue border. CBC; § 1129B.3. The words "NO PARKING" in letter at least a foot high must be painted on the access aisle.

**COMPLAINT-6.)**

1   Id. Parking spaces and access aisles must be level with surface slopes

2   not exceeding 1:50 (2%) in all directions. ADAAG;§ 4.6.2. and stripping must

3   be clearly marked, CBC; § 1133B.4.4 Here, the faded signage and stripping,

4   the lack of blue border around access aisles, non-level surfaces, the faded

5   Hazardous Vehicular Crossing, CBC;4.29.5 without a Detectable Warning in the

6   Curb Ramp resulted in Non-Compliant parking and violations of the ADA.

7   19. The plaintiff has been to the Burlington Coat Factory on a number of

8   occasions.  Given its location and options, it is a desirable location for

9   him and he will continue to patronize the business there and will continue to

10  encounter the unlawful barriers and discriminatory conditions there so long

11  as they remain.

12  **II.  SECOND CAUSE OF ACTION:VIOLATION OF THE UNRUH CIVIL RIGHTS ACT. (Cal Civil §**

13  **51-53)**  29. Plaintiff repleads and incorporates by reference, as if fully set

14  forth again herein, the allegations contained in all prior paragraphs of this

15  complaint.

16  30. Because the defendants violated the plaintiff's rights under the

17  ADA, they also violated the Unruh Civil Rights Act and are liable for

18  damages. (Civil Code;§ 51(f),52(a).

19  31.  Because the violation of the Unruh Civil Rights Act resulted in

20  difficulty, discomfort and embarrassment of the plaintiff, the defendants are

21  also each responsible for statutory damages, i.e., a civil penalty for each

22  offense. (Civil Code § 55.56(a)-(c).

23  **III.  THIRD CAUSE OF ACTION: VIOLATION OF THE CALIFORNIA DISABLED PERSONS ACT**

24  **(On** behalf of plaintiff and against all defendants) (Cal Civil. § 54-54.8)

25  32.  Plaintiff repleads and incorporates by reference, as if fully set

26  forth again herein, the allegations contained in all prior paragraphs of this

27  complaint.

28  **COMPLAINT-7.)**

33. Because the defendants violated the plaintiff's rights under the ADA, they also violated the California Disabled Persons Act and are liable for damages. (Civil Code § 54. 1(d),54.3(a).)

34. Because the violation of the DPA resulted in difficulty, discomfort or embarrassment for the plaintiff, the defendants are also each responsible for statutory damages, i.e., a civil penalty for each offense. (Civil Code § 55.56(a)-(c).)

## IV. FOURTH CAUSE OF ACTION:NELIGENCE (On behalf of plaintiff and against all defendants)

35. Plaintiff repleads and incorporates by reference, as if fully set forth again herein, the allegations contained in all prior paragraphs of this complaint.

36. The Defendants had a general duty and a duty arising under the Americans With Disabilities Act and the Unruh Civil Rights Act and California Disabled Persons Act to provide safe, convenient, and accessible facilities to the plaintiff. Their breach of this duty, as alleged in the preceding paragraphs, has caused injury and damage as alleged above.

## PRAYER:

Wherefore, Plaintiff prays that this court award damages and provide relief as follows:

1. For injunctive relief, compelling defendants to comply with the Americans With Disabilities Act and the Unruh Civil Rights Act. Note: the plaintiff is not invoking section 55 of the California Civil Code and is not seeking injunctive relief under the Disabled Persons Act at all.

**COMPLAINT-8.)**

1   2. Damages under the Unruh Civil Rights Act and/or the California Disabled
2      Persons Act which damages provide for actual damages and a statutory
3      minimum of $ 4,000 for each offense.    Note:a plaintiff cannot recover
4      under both acts, simultaneously, and an election will be made prior to
5      or at trial.
6   3. Reasonable attorneys' fees, litigation expenses and cost of suit,
7      pursuant to 42 U.S.C. § 12205; Cal. Civil Code §§ 52 and 54.3 and Cal.
8      Civil Proc. § 1021.5.
9   Dated: May 19, 2016              /s/ Leonard Tobia, PhD. Pro Se
10                                   By: _Leonard Tobia 5/19/2016_
11                                   Leonard Tobia, PhD. Pro Se

12  **DEMAND FOR JURY TRIAL**
13  Plaintiff hereby demands a jury for all claims for which a jury is
14  permitted.
15  Dated: May 19, 2016              /s/ Leonard Tobia, PhD. Pro Se
16                                   By: _Leonard Tobia 5/19/2016_
17                                   Leonard Tobia, PhD. Pro Se
18
19
20
21
22
23
24
25
26
27
28                         **COMPLAINT-9.)**



EXHIBIT: A

Document Name: untitled

```
L2/M  SACRAMENTO COUNTY 2016-2017 MPR ROLL DATA    05-APR-16  14:50:22  IT:
   PARCEL NUMBER      SITUS                                TRA      PP CLS
042 0012 042 0000   05601 FLORIN RD                  95823   51036    0
                ZIP CODE CITY: SACRAMENTO      JURISDICTION: UNINCORPORATED
PC NR: 030651        DELETED BY PC:


OWNER : BURLINGTON COAT FACTORY REALTY OF FLORIN INC
STREET: 1830 ROUTE 130                 C/O NAME:
CITY  : BURLINGTON         NJ    08016
EFF ADDR DT:    010615                 REC DT/PG:      010615 0965
       LAND:    3,691,404              EFF DATE OWNER: 500909
       IMPS:    6,619,077              DEED TYPE:      QC
              ------------             RELIAB:         56
      TOTAL:   10,310,481              TRF TAX:        .00
   FIXTURES:            0              MULTI:          2
   PERSONAL:            0              % XFER:         .000
   EXEMPT  :            0              USE CODE:       BDD00A
 HOMEOWNERS:            0

              ------------
               10,310,481

NV CODE:   309  2003 PC ALLOCATION                     23-APR-15
```







EXHIBIT:C

EXHIBIT: D





EXHIBIT: E



EXHIBIT: E

EXHIBIT: F





EXHIBIT: F



EXHIBIT: G

# EXHIBIT: H

March 7, 2016 THE AMERICANS WITH DISABILITES ACT OF 1990 ADA LEGAL COURTESY NOTICE.

Re: ADA ACCESSIBILTY ACCESS DISCRIMINATION, ADA- NON COMPLIANCE AND ADA VIOLATIONS.

Burlington Coat Factory. 5601 Florin Rd, # 101, Sacramento, Ca. 95823.

Dear Landlord/Business Operator. Attn; Round Table Pizza Representative. This correspondence is to inform you that the property located at 5601 Florin Rd, # 101, Sacramento, Ca. 95823. **Dba;** Burlington Coat Factory, Store # 370 is not in compliance with **THE AMERICANS WITH DISABILITIES ACT OF 1990 (ADA).** In addition to that, **California Building Standards Code (Title 24 of Code of Regulations) Gov Code: 4450 HEALTH AND SAFETY CODE:19956;1959.** All buildings constructed or altered after July 1, 1970 must comply with standards governing the physical accessibility of public accommodations. Please bring the property into State and Federal Disability Access Requirements within (60) days of this notice. * In the alternative, provide me with a Disable Access Compliance Report and a post review within three months. I am a Disable Business Patron with a Mobility and Visual Impairment with **Legal Standing[Gov.Code12926(K).]** who Personally Encountered several Architectural Barriers that are directly related to my disabilities and others similar to me which are **"Readily Achievable"** meaning easily accomplishable and to be carried out with much difficulty or expense [ 42 U.S.C. 12181 (9) 12182 (b) (2) (A) (iv)]. **"Readily Accessible and Usable"** and complying with extensive and detailed regulations, amounting to federal building code known as the **ADA Accessibility Access Guidelines.** [ 42 U.S.C. 12183 (a); 28 C.F.R. 36, appendix A (2007), [ 42 U.S.C. 28 Subpart 36. 12181] **Anyone who Lease;Lease to; Owns or operates a place of Public Accommodation.** [42 U.S.C. 12182 (a)]. This constitutes a violation of federal and state law regarding The Americans With Disabilities Act of 1990 [ 42 U.S.C. 12101 et seq.) which consist of failure to comply or failure to act. **HEALTH AND SAFETY CODE SECTION 19952-19954.5** The following Ada Violations may consist of: 1. CBC 1129B.4 ,ISD Sinage; ADAAG 4.6 CBC 1129B.5; ADAAG 4.13.*9,4.13.11* Accessible Door Hardware, Door Opening Force, 4.30, Directional Signage, Accessible Route and Path of Travel. 2. CBC 1127B.5.8 ADAAG 3;CBC 1127B.5.8 4.ADDAAG 4.7.7 Curb Ramps; ADAAG Hazardous Vehicular Crossing, 4.29 Detectable Warning (Truncated Domes ) 3. CBC 1127B.5.8, ADAAG 4.30 ISD Signage Decals. 6. CBC 1101B.3 Failure to Maintenance of accessible features ; A public accommodation shall maintain in operable working condition those facilities and equipment that are required to be accessible to and usable by persons with disabilities ADAAG 4.1.2 Accessible Sites Exterior and Interior. On Sept 19, 2012 **Governor Jerry Brown** signed into law **Senate Bill 1186.** Property owners and business operators may both be held Civilly Liable, Commercial Property Owners must state on every lease or rental agreement executed on or after July 1, 2013 whether the property has under gone a CaSp inspection, and if so, whether property has been determined to meet all applicable standards. [Civil Code 1938] . **You have failed to comply.** This information is available at www.Ada.gov. Additional information on Education Material is available at https://www.apps.dgs.ca.gov/casp/caspcertifiedlist.aspx. I am requesting that you contact me and provide me a copy of the Lease Agreement and Property Insurance to confirm if the property owner or business operator is responsible for Accessibility Access Compliance. I have taken pictures of the Ada Violations on the premises and the exterior of the building in the parking lot for evidence and to support my actions. I am requesting that you, Agent of Service or your Legal Representative contact me within **(7) days to engage in a Negotiation Conference to Achieve a Resolution.** Please be informed, a Civil Action for Ada Accessibility Access Discrimination for Monetary Damages and Injunctive Relief is scheduled to be filed in State Court or **THE UNITED STATES COURT, EASTERN DISTRICT, SACRAMENTO DIVISION, UNLIMITED JURISDICTION** . You may contact me via e-mail at Leonardtobia1@gmail.com Please respond promptly. Kind Regards, L.Tobia Jr. PhD.

Search . Images . Maps . Play . YouTube . News . Gmail . Drive . More ►   **leonardtobia1@gmail.com** | Account | Settings | Help | Sign out

You have been redirected to the basic HTML version because this browser is not supported. To use standard view please upgrade to a supported browser.

# EXHIBIT: H

[ Search Mail ]    [ Search the Web ]    Show search options
                                                          Create a filter

**Compose Mail**

**Inbox (1)**       « Back to Sent Mail      More Actions...  ▼  [Go]                    ‹ **Newer** 25 of 33 **Older** ›

Starred ☆                                                                    ⊞ Collapse all  🖶 Print  ▣ New window

**Sent Mail**

**Drafts (30)**     ## Re:Confirmation of correct e-mail address.   Inbox

All Mail             **leonard tobia** <leonardtobia1@gmail.com>                      Mon, Mar 7, 2016 at 2:54 PM
Spam                 To: tabitha.jenkins@burlingtonstores.com
Trash
                     Reply | Reply to all | Forward | Print | Delete | Show original
**Contacts**
                         Attn;Mrs. Tabitha Jenkins. Attorney at Law. Vice
Labels               President/Assistant General Counsel. Burlington Coat Factory. This
Edit labels          e-mail communication is a follow-up on our brief phone conference
                     dated Mon, Feb 7, 2016 at 2:45 pm regarding confirmation of your
                     correct e-mail address. Please respond promptly. Kind Regards, Dr.
                     Tobia.


                     **Tabitha Jenkins** <Tabitha.Jenkins@burlingtonstores.com>           Mon, Mar 7, 2016 at 3:15
                                                                                                              PM
                     To: leonard tobia <leonardtobia1@gmail.com>

                     Reply | Reply to all | Forward | Print | Delete | Show original

                     Dr. Tobia -

                     You have my correct email address. Thank you,

                     Tabitha


                     Tabitha R. Jenkins | Vice President - Assistant General Counsel
                     BURLINGTON | 1830 Route 130 North | Burlington, New Jersey 08016
                     t+1 609.387.7800 x 53129 | m+ 1 609.802.9412 | f+ 1 609.239.9675 | efax+ 1 609 589 2098 internal 1098 | e
                     tabitha.jenkins@burlingtonstores.com


                     The information transmitted is intended only for the person or entity to which it is addressed and may contain
                     confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any
                     action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you
                     received this in error, please contact the sender and delete the material from any computer.

                     - Show quoted text -


                     Notice: This communication, including attachments, may contain confidential or proprietary information to be
                     conveyed solely for the intended recipient(s). If you are not the intended recipient, or if you otherwise received this
                     message in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including
                     attachments, without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or
                     reproduction of this e-mail, including attachments, is strictly prohibited and may be unlawful.

                     **Quick Reply** - Draft saved on Mar 8
                     **To:** Tabitha Jenkins
                     <Tabitha.Jenkins@burlingtonstores.com>              [ More Reply Options ]
                         Attn;Mrs. Tabitha R. Jenkins. Attorney at Law. Vice
                     President-Assistant General Counsel. BURLINGTON, 1830 Route 130
                     North, Burlington, New Jersey. 08016. Ph:(609) 387-7800, Ext:53129.
                     I am in reciept of your e-mail communication and appreciate your



Gmail

# EXHIBIT: H

Leonard Tobia <leonardtobia1@gmail.com>

---

## Re:Public Safety & Health Violations and Ada Accessibility Access Discrimination.

6 messages

---

**Andrew Jablon** <ajablon@rpblaw.com>                                          Wed, Mar 9, 2016 at 6:15 PM
To: "Leonardtobia1@gmail.com" <Leonardtobia1@gmail.com>
Cc: Mimi Lynch <mlynch@rpblaw.com>

Dear Dr. Tobia,

We are counsel for Burlington Coat Factory ("Burlington").  Your letter of March 7, 2016 to Burlington, a copy of which is attached, has been forwarded on to me for response.  Going forward, please direct all communication to my office.

Initially, please know that Burlington takes issues of ADA compliance very seriously.  Burlington values all of its patrons, and strives to maintain full compliance with all of its statutory obligations.  With respect to your specific claim, however, your letter does not provide me with sufficient information to respond or discuss with you your concerns.  In particular, if you could please address the below questions.

1.    When did you visit the Florin Road location?

2.    What specifically are the claimed violations of the ADA?  Your letter states that "the following Ada Violations may consist of....", but does not state what are the specific claimed violations. Without knowing what barriers you assert you encountered, we cannot respond.

3.    You stated that you took photographs of the claimed violations.  Please forward those photographs to me at your convenience.

4.    Your letter only indicates generally that you have a mobility and visual impairment.  Please advise what, specifically, is your disability.

Lastly, out of curiousity, are you related to Alan Tobia?

Best regards,

Andrew Jablon

⊠ Gmail

# EXHIBIT: H leonard tobia <leonardtobia1@gmail.com>

## Re:Burlington Consulation of Settlement.
3 messages

**leonard tobia** <leonardtobia1@gmail.com>                     Wed, Mar 30, 2016 at 6:40 PM
To: Andrew Jablon <ajablon@rpblaw.com>

   Attn;Mr. Andrew Victor. Jablon. Attorney at Law. This e-mail is
in response to your communication to me dated Tue Mar 29, 2016 at 1:19
pm. Please be specific concerning Burlington Consulation Settlement
and Bound By Release. What Monetary Figure if any, are you and your
client offering to resolve this Legal Matter outside of Litigation.
Please respond promptly. Dr. Tobia.

**Andrew Jablon** <ajablon@rpblaw.com>                     Thu, Mar 31, 2016 at 10:37 AM
To: leonard tobia <leonardtobia1@gmail.com>

We are not offering any additional money beyond that which was agreed to with your brother. As we have
explained to him, we will consummate the settlement with him if you agree to be bound by the release in that
agreement. You can discuss with him any financial compensation.

Further, as noted by my client, please direct all correspondence to me.

Andrew


Andrew V. Jablon
Resch Polster & Berger LLP
1840 Century Park East, 17th Floor
Los Angeles, CA 90067
Direct Dial: (310) 788-7524 | Direct Fax: (310) 788-6624
[Quoted text hidden]
------------
This e-mail may contain information which is confidential and/or privileged attorney-client information or work
product. If you are not the intended recipient, or the employee or agent responsible to deliver it to the
intended recipient please immediately delete this e-mail and notify the sender.
------------

**leonard tobia** <leonardtobia1@gmail.com>                     Sat, Apr 2, 2016 at 11:47 PM
To: Andrew Jablon <ajablon@rpblaw.com>

   Attn;Mr. Andrew Victor. Jablon. I appreciate your timely
response. I am in reciept of your e-mail communication to me and have
reviewed the entire contents and this is my response. I shall proceed
forward legally and excercise my Civil Rights. No further
communication is required from you are your client. Dr. Tobia.
[Quoted text hidden]