David V. Roth (State Bar No. 194648)
  *dvr@manningllp.com*
Frank M. La Fleur (State Bar No. 213438)
  *fml@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
121 Spear Street, Suite 200
San Francisco, California 94105
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Burlington Coat Factory Realty Florin Road, Inc. and Burlington Coat Factory of California, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leonard Tobia,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Burlington Coat Factory Realty Florian, Inc., a California Corporation; Burlington Coat Factory of California LLC, a California Limited Liability Company; Thomas Kingsbury; and DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:16-CV 1073 MCE KJM PS<br><br>**ORDER FOR STIPULATION OF DISMISSAL** |

　　　　Pursuant to the parties' stipulation (ECF No. 7) and good cause appearing, the above-captioned case is DISMISSED with prejudice, the parties to bear their respective costs, including any possible attorney fees or other expenses of litigation.

　　　　IT IS SO ORDERED.

Dated:  July 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Case No. 2:16-CV 1073 MCE KJM PS